UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14008-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**TRAVIS LEE FLINT**,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard following Change of Plea Hearing [ECF No. 28]. On March 29, 2023, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 22] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 3] pursuant to a written plea agreement and factual proffer [ECF Nos. 23, 24]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count 1 [ECF No. 3]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 28] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Travis Lee Flint** as to Count 1 of the Indictment is **ACCEPTED**.

CASE NO. 23-14008-CR-CANNON

3. Defendant **Travis Lee Flint** is adjudicated guilty of Count 1 of the Indictment, which charges him with possession with intent to distribute a controlled substance, specifically a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) [ECF No. 3].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 1st day of May 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record